(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Maywood Capital, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**22-3424224** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2082 Madison Ave**<br>**New York, NY 10037** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **New York** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Maywood Capital, Inc.** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**544 West 160th Street Apartments Corp** | Case Number:<br>**04-17047-rdd** | Date Filed:<br>**11/02/04** |
| District:<br>**S.D.N.Y.** | Relationship:<br>**Affiliate** | Judge:<br>**Judge Robert D. Drain** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  **/s/ Wayne M. Greenwald WMG6758**
Signature of Attorney for Debtor(s)
**Wayne M. Greenwald WMG6758**
Printed Name of Attorney for Debtor(s)
**Wayne Greenwald, P.C.**
Firm Name
**99 Park Avenue
Suite 800
New York, NY 10016**
Address                    Email: grimlawyers@aol.com
**212-983-1922  Fax: 212-973-9494**
Telephone Number
**February 19, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Robert Stewart**
Signature of Authorized Individual
**Robert Stewart**
Printed Name of Authorized Individual
**Officer**
Title of Authorized Individual
**February 19, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Southern District of New York

In re **Maywood Capital, Inc.**   Case No. _____

Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ajilon Finance<br>Dept Ch 14031<br>Palatine, IL 60055-4031 | Ajilon Finance<br>Dept Ch 14031<br>Palatine, IL 60055-4031 | | Unliquidated | 8,125.60 |
| American Express<br>P.O. Box 36002<br>Ft. Lauderdale, FL 33336 | American Express<br>P.O. Box 36002<br>Ft. Lauderdale, FL 33336 | | Unliquidated | 10,757.98 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | | Unliquidated | 8,101.28 |
| Chase Platinum<br>P.O. Box 15583<br>Wilmington, DE 19886 | Chase Platinum<br>P.O. Box 15583<br>Wilmington, DE 19886 | | Unliquidated | 23,365.31 |
| Diners Club<br>P.O. Box 6003<br>The Lakes, NV 88901-6003 | Diners Club<br>P.O. Box 6003<br>The Lakes, NV 88901-6003 | | Unliquidated | 13,031.69 |
| Essee Floor Covering<br>c/o Valer Ent Inc.<br>P.O. Box 119<br>Holbrook, NY 11741 | Essee Floor Covering<br>c/o Valer Ent Inc.<br>P.O. Box 119<br>Holbrook, NY 11741 | | Unliquidated | 14,838.00 |
| H20 Watermain<br>1328 Rockaway Pkwy<br>Brooklyn, NY 11236 | H20 Watermain<br>1328 Rockaway Pkwy<br>Brooklyn, NY 11236 | | Unliquidated | 8,000.00 |
| Hanji Shipping Co.<br>80 E Rt 4<br>Suite 491<br>Paramus, NJ 07652 | Hanji Shipping Co.<br>80 E Rt 4<br>Suite 491<br>Paramus, NJ 07652 | | Unliquidated | 16,865.00 |
| Home Depot<br>P.O. Box 9172<br>Des Moines, IA 50368 | Home Depot<br>P.O. Box 9172<br>Des Moines, IA 50368 | | Unliquidated | 4,061.79 |
| IRS<br>Cincinnati, OH 45999-0039 | IRS<br>Cincinnati, OH 45999-0039 | | Unliquidated | 22,850.00 |
| Lamb & Barnosky, LLP<br>534 Broadhollow Road<br>Melville, NY 11747 | Lamb & Barnosky, LLP<br>534 Broadhollow Road<br>Melville, NY 11747 | | Unliquidated | 18,423.19 |
| Marlin Leasing Corp<br>P.O. Box 13604<br>Philadelphia, PA 19101 | Marlin Leasing Corp<br>P.O. Box 13604<br>Philadelphia, PA 19101 | | Unliquidated | 9,292.87 |
| Miranda & Sokoloff<br>24 Mineola Blvd<br>Mineola, NY 11501 | Miranda & Sokoloff<br>24 Mineola Blvd<br>Mineola, NY 11501 | | Unliquidated | 4,300.45 |

In re   **Maywood Capital, Inc.**                                                                    Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **NYC Depart of Finance** **P.O. Box 5060** **Kingston, NY 12402-5062** | **NYC Depart of Finance** **P.O. Box 5060** **Kingston, NY 12402-5062** | | **Unliquidated** | **3,983.91** |
| **NYSIT** **P.O. Box 61000** **Albany, NY 12261** | **NYSIT** **P.O. Box 61000** **Albany, NY 12261** | | **Unliquidated** | **17,500.00** |
| **Paychex** **135 Chestnut Ridge Rd** **P.O Box0412** **Montvale, NJ 07645** | **Paychex** **135 Chestnut Ridge Rd** **P.O Box0412** **Montvale, NJ 07645** | | **Unliquidated** | **14,853.76** |
| **Refund Consultants** **585 Euclid Ave** **West Hempstead, NY 11552** | **Refund Consultants** **585 Euclid Ave** **West Hempstead, NY 11552** | | **Unliquidated** | **10,379.53** |
| **Ripco NYC** **133 E. 58th St., 12th Fl** **New York, NY 10022** | **Ripco NYC** **133 E. 58th St., 12th Fl** **New York, NY 10022** | | **Unliquidated** | **21,480.00** |
| **Robinson Borg Leinwand** **1345 Ave of the Americas** **New York, NY 10105** | **Robinson Borg Leinwand** **1345 Ave of the Americas** **New York, NY 10105** | | **Unliquidated** | **38,109.60** |
| **The Hartford** **P.O. Box 2907** **Hartford, CT 06104** | **The Hartford** **P.O. Box 2907** **Hartford, CT 06104** | | **Unliquidated** | **6,142.30** |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   **February 19, 2005**                    Signature   **/s/ Robert Stewart**
                                                            **Robert Stewart**
                                                            **Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Southern District of New York

In re  **Maywood Capital, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 19, 2005**

**/s/ Robert Stewart**  
**Robert Stewart**/**Officer**  
Signer/Title

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

A.1 CREDIT CORP.
1001 WINSTEAD DR.
SUITE 500
CARY, NC 27513


AJILON FINANCE
DEPT CH 14031
PALATINE, IL 60055-4031


AMERICAN EXPRESS
P.O. BOX 36002
FT. LAUDERDALE, FL 33336


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AT&T FLORIDA
P.O. BOX 78225
PHOENIX, AZ 85062


AVAYA INC.
P.O. BOX 5332
NEW YORK, NY 10087-5332


CHASE PLATINUM
P.O. BOX 15583
WILMINGTON, DE 19886


CITY SPEC INC.
81-32 MARGARET PLACE
RIDGEWOOD, NY 11385


CITY WASTE SERVICES
167-33 PORTER ROAD
JAMAICA, NY 11434


CITYWIDE COMMUN
4215 PETERS PLACE
BRONX, NY 10470

```
DEPARTMENT OF CITYWIDE
1 CENTRE STREET
ROOM 1300
FAIR LAWN, NJ 07410


DEPENDABLE WINDOW
109-14 98TH ST.
OZONE PARK, NY 11417


DINERS CLUB
P.O. BOX 6003
THE LAKES, NV 88901-6003


EASTMAN & SONS
1174 LEGGETT AVE
BRONX, NY 10474


ESSEE FLOOR COVERING
C/O VALER ENT INC.
P.O. BOX 119
HOLBROOK, NY 11741


FEHRINGER SURVEYING
148 N PARK AVE
ROCKVILLE CENTRE, NY 11570


FIRST AMERICAN R/E SOLUTION
5601 EAST L PALMA AVE
ANAHEIM, CA 92807


FORD CREDIT
C/O RUBIN NORTHMAN ESQ.
1787 VETERANS HWY
ISLANDIA, NY 11749


GE CORPORATE PLUS
1650 LOS GAMOS DR.
SAN RAFAEL, CA 94903


GOLDMAN & GOLDMAN
C/O CITY MARSHALL
36-35 BELL BLVD, BOX 610700
BAYSIDE, NY 11361
```

```
H20 WATERMAIN
1328 ROCKAWAY PKWY
BROOKLYN, NY 11236


HANJI SHIPPING CO.
80 E RT 4
SUITE 491
PARAMUS, NJ 07652


HOME DEPOT
P.O. BOX 9172
DES MOINES, IA 50368


IRS
CINCINNATI, OH 45999-0039



J. KAUFMAN IRON WORKS
217 GODWIN AVE
PATERSON, NJ 07501


JER REVENUE SERVICE
P.O. BOX 599
NORTH HAVEN, CT 06473


LAMB & BARNOSKY, LLP
534 BROADHOLLOW ROAD
MELVILLE, NY 11747


LAMB & ROVER CAPITAL
DEPT 193901
P.O. BOX 55000
DETROIT, MI 48255


LEXUS FINANCIAL
P.O. BOX 17187
BALTIMORE, MD 21297


MARLIN LEASING CORP
P.O. BOX 13604
PHILADELPHIA, PA 19101


METALLINE FIRE DOOR
4110 PARK AVENUE
BRONX, NY 10457
```

```
MIRANDA & SOKOLOFF
24 MINEOLA BLVD
MINEOLA, NY 11501


NYC DEPART OF FINANCE
P.O. BOX 5060
KINGSTON, NY 12402-5062


NYSIT
P.O. BOX 61000
ALBANY, NY 12261


PAYCHEX
135 CHESTNUT RIDGE RD
P.O BOX0412
MONTVALE, NJ 07645


PC RICHARDS & SONS
150 PRICE PARKWAY
FARMINGDALE, NY 11735


PEST PRO SERVICES
2260 VICTORY BLVD.
RICHMOND HILL, NY 11418


PITNEY BOWES
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


POPELKA ALLARD
160 WEST SANTA CLARA
12TH FL
SAN JOSE, CA 95113


Q ELECTRIC CONTRACTING
86-40 122ND ST.
RICHMOND HILL, NY 11418


REFUND CONSULTANTS
585 EUCLID AVE
WEST HEMPSTEAD, NY 11552
```

```
REGAL COLLECTIONS
17-10 RIVER RD,
BOX 1038
FAIR LAWN, NJ 07410


RIPCO NYC
133 E. 58TH ST., 12TH FL
NEW YORK, NY 10022


ROBINSON BORG LEINWAND
1345 AVE OF THE AMERICAS
NEW YORK, NY 10105


TELEPHONETICS
P.O. BOX 116766
ATLANTA, GA 30368


THE HARTFORD
P.O. BOX 2907
HARTFORD, CT 06104


TOWARD INS.
C/O POLLACK
285 VAN BRUNT ST P.O 310060
BROOKLYN, NY 11231


TRI-STARY LIGHTING
50-05 47TH AVE
WOODSIDE, NY 11377


TRS RECOVERY SERVICES, INC.
5251 WESTEIMER
HOUSTON, TX 77056
```

# United States Bankruptcy Court
### Southern District of New York

In re  **Maywood Capital, Inc.**                                                  Case No.
                                          Debtor(s)                                Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Maywood Capital, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


∩ None [*Check if applicable*]


| **February 19, 2005** | **/s/ Wayne M. Greenwald WMG6758** |
|---|---|
| Date | **Wayne M. Greenwald WMG6758** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Maywood Capital, Inc.** |
| | **Wayne Greenwald, P.C.** |
| | **99 Park Avenue** |
| | **Suite 800** |
| | **New York, NY 10016** |
| | **212-983-1922 Fax:212-973-9494** |
| | **grimlawyers@aol.com** |

**United States Bankruptcy Court**
**Southern District of New York**

In re  **Maywood Capital, Inc.**                                                        Case No.

                                        Debtor(s)                                       Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Robert Stewart**, declare under penalty of perjury that I am the **Officer** of **Maywood Capital, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on 2/18/05

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Robert Stewart**, **Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Robert Stewart**, **Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Robert Stewart**, **Officer** of this Corporation is authorized and directed to employ **Wayne M. Greenwald WMG6758**, attorney and the law firm of **Wayne Greenwald, P.C.** to represent the corporation in such bankruptcy case."

Date  **February 18, 2005**                                                    Signed  **/s/ Robert Stewartt**
                                                                                                                            **Robert Stewart**

Resolution of Board of Directors
of
**Maywood Capital, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Stewart**, **Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Stewart**, **Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Stewart**, **Officer** of this Corporation is authorized and directed to employ **Wayne M. Greenwald WMG6758**, attorney and the law firm of **Wayne Greenwald, P.C.** to represent the corporation in such bankruptcy case.

Date **February 18, 2005**                                  Signed **Robert Stewart**

Date **February 18, 2005**                                  Signed