Hearing Date: March 8, 2007 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                                                      : Chapter 11
                                                                           :
                                                                           : Case No. 05-10987 (RDD)
MAYWOOD CAPITAL CORP., *et al.*,                                           :
                                                                           : (Jointly Administered)
              Debtors.                                                     : Case Nos. 04-17047, 05-10944 to 05-
                                                                           : 10987, 05-11521, 05-11523, and 05-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   17778 (RDD)


### NOTICE OF MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING THE STIPULATION OF SETTLEMENT BETWEEN THE TRUSTEE OF 190-01-190-13 HOLLIS AVENUE REALTY CORP. AND HOME HAVEN REALTY INC.

**PLEASE TAKE NOTICE** that, pursuant to rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), John S. Pereira, as Chapter 11 trustee (the "Trustee") of the estate of 190-01-190-13 Hollis Avenue Realty Corp., by and through his counsel, Dreier LLP, will move (the "Motion") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, The Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on the 8th day of March 2007, at 10:00 a.m. (the "Hearing Date"), or as soon thereafter as counsel may be heard, for an order approving the Stipulation of Settlement Between the Trustee of 190-01-190-13 Hollis Avenue Realty Corp. and Home Haven Realty Inc.

**PLEASE TAKE FURTHER NOTICE** that the Motion is (i) on file with the Court; (ii) available on the Court's electronic docketing system www.nysb.uscourts.gov; and (iii) available upon request from the undersigned.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United State Bankruptcy Court, The Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, (a)(i) through the Bankruptcy Court's

{00228482.DOC;}

electronic filing system (in accordance with General Order M-242, as amended by General Order M-269); or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of the document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect or DOS text (ASCII) format.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Robert D. Drain, and served so as to be received by Dreier LLP, 499 Park Avenue, New York, New York 10022, Attn: John P. Campo, Esq. and Katten Muchin Roseman LLP, 575 Madison Avenue, New York, New York 10022, Attn: Merritt A. Pardini, Esq., and the United States Trustee's Office, Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, no later than five business days before the Hearing Date.

Dated: New York, New York
      February 16, 2007                **DREIER LLP**

                                        By: */s/ John P. Campo*
                                           John P. Campo (JC-5241)
                                      499 Park Avenue
                                      New York, New York 10002
                                      (212) 328-6100

                                      Counsel to John S. Pereira, as Chapter 11 Trustee of
                                      190-01-190-13 Hollis Avenue Realty Corp.