UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re:                                : Chapter 11 Case
                                      :
MAYWOOD CAPITAL CORP.                 : Case No. 05-10987 (RDD)
                                      :
           Post Confirmation Debtor.  :
                                      :
------------------------------------- X

## SEVENTH POST-CONFIRMATION STATUS REPORT

John S. Pereira, Post-Confirmation Trustee (the "Trustee") for the estate of Maywood Capital Corp. (the "Post Confirmation Debtor"), by undersigned counsel, files this Seventh Post-Confirmation Status Report in accordance with the Post Confirmation Order and Notice, dated January 13, 2010, for the Post Confirmation Debtor. Since the confirmation by order dated December 14, 2009 (the "Confirmation Order"), of the First Amended Plan of Reorganization Proposed by the Chapter 11 Trustee dated October 19, 2009 (the "Plan")[1], the Trustee has taken the following steps, among others, in connection with consummation of the Plan.

A.  **Distribution to Creditors.**

    1.  The Trustee is continuing to marshal assets for further distributions to holders of Allowed Class 2B Unsecured Investor Claims.

B.  **Adversary Actions**

    2.  The Trustee continues to work on the remaining adversary proceedings.

C.  **Claim Objections**

    3.  The Trustee continues to work on the remaining disputed pre-petition Claims.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan.

1456824v1

D. **Payment of U.S. Trustee's Fees**

4. The Trustee has filed his first quarter 2011 operating reports and has satisfied all outstanding U.S. Trustee's fees.

E. **Additional Matters**

5. The Trustee and his professionals continue to (i) field and respond to numerous written and telephonic inquiries regarding these cases; and (ii) pursue and investigate potential additional asset recoveries.

6. The Trustee will continue to file status reports in accordance with the Post Confirmation Order and Notice, dated January 13, 2010.

Dated: New York, New York.
July 14, 2011

**TROUTMAN SANDERS LLP**

By: *s/John P. Campo*
John P. Campo
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0700
Tel.: (212).704.6000

*Attorneys for John S. Pereira, Post Confirmation Trustee*