UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                                  :   Chapter 11 Case
                                                        :   Case No. 05-10987 (RDD)
MAYWOOD CAPITAL CORP.,                                  :
                                                        :
        Post-Confirmation Debtor.              :
                                                        :
------------------------------------------------------- x

**ORDER GRANTING MOTION FOR AN ORDER EXTENDING THE TIME FOR
THE POST-CONFIRMATION TRUSTEE TO FILE FINAL REPORT AND
<u>APPLICATION FOR FINAL DECREE CLOSING CASE</u>**

Upon the Ex-Parte Motion for an Order Extending the Time for the Post-Confirmation Trustee to file Final Report of Estate and Application for Final Decree Closing Case, dated December 13, 2018 [Dkt. No. 1555] (the "Motion") of John S. Pereira, as post-confirmation trustee (the "Trustee") of Maywood Capital Corp., the post-confirmation debtor herein; and upon the Motion's representation that the Trustee has made final distributions to creditors and simply needs an extension of the deadline to submit a Final Report and seek a Final Decree; and it appearing that the relief requested by the Motion is both necessary and appropriate; and sufficient cause appearing therefor; and no additional notice or hearing being required, it is hereby

    **ORDERED** that the Motion is granted; and it is further

    **ORDERED** that the time for the Trustee to file the Final Report of Estate and Application for Final Decree in this case case is extended for three months, from December 12, 2018 to March 12, 2019.

Dated: White Plains, New York
       December 14, 2018

                                              /s/ Robert D. Drain
                                              HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE

47230844;1